UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ZUFFA, LLC, d/b/a THE ULTIMATE FIGHTING CHAMPIONSHIP (UFC) | CIVIL ACTION NO. 11-0006 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WILLIAM JOSEPH TRAPPEY, III, ET AL. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 23] filed by Plaintiff Zuffa, LLC d/b/a the Ultimate Fighting Championship, is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED as to Plaintiff's claims that Defendants William Joseph Trappey, III; Bart James Babineaux; and Monago Investments, LLC, d/b/a Monagos Field House a/k/a Fieldhouse Bar & Grill are liable for a violation of 47 U.S.C. § 553 and that Defendants Trappey and Babineaux are vicariously liable for the same. The Motion is DENIED as to Plaintiff's claim that Trappey's and Babineaux's violation of 47 U.S.C. § 553 was willful and for commercial gain. This claim is reserved for trial.

IT IS FURTHER ORDERED that Plaintiff submit a brief to the Court by March 30, 2012, addressing (1) damages for a non-willful violation of 47 U.S.C. § 553; and (2) its intent to pursue or seek dismissal of the copyright claim alleged in Count III of its Complaint. [Doc. No. 1].

IT IS FURTHER ORDERED that, if Plaintiff opposes the Court's intended dismissal of Count I, it shall file a memorandum in opposition by March 30, 2012.

MONROE, LOUISIANA, this 22nd day of March, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE